**DISMISS and Opinion Filed April 23, 2013.**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-12-01384-CV**

**BASILIA RODRIGUEZ MEJIA, Appellant**

**V.**

**JUAN FRANCISCO MEJIA, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-13923**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and Lewis
Opinion by Justice Moseley

By postcard notice dated October 11, 2012, the Court informed appellant that the required $175 filing fee was past due. We instructed appellant to pay the fee within ten days and cautioned him that failure to do so will result in dismissal of the appeal without further notice. As of today's date, the filing fee has not been paid. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c).

121384F.P05

/Jim Moseley/
JIM MOSELEY
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BASILIA RODRIGUEZ MEJIA, Appellant

No. 05-12-01384-CV     V.

JUAN FRANCISCO MEJIA, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-11-13923.
Opinion delivered by Justice Moseley.
Justices O'Neill and Lewis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, JUAN FRANCISCO MEJIA, recover his costs of this appeal from appellant, BASILIA RODRIGUEZ MEJIA.

Judgment entered this 23rd day of April, 2013.

/Jim Moseley/

JIM MOSELEY
JUSTICE